# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 28, 2013

### NO. 03-11-00610-CV

**Donnie Tasker, Appellant**

**v.**

**Foley Property Assets, LLC; Carroll Tim Beason and Veronica Beason, Appellees**

**APPEAL FROM 200TH DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE JUSTICES PURYEAR, PEMBERTON, AND ROSE**
**AFFIRMED IN PART; REVERSED AND REMANDED IN PART --**
**OPINION BY JUSTICE PEMBERTON**

**THIS CAUSE** came on to be heard on the record of the court below, and the same being considered, because it is the opinion of this Court that there was no error in the district court's summary judgment **EXCEPT** for the portion of the district court's summary judgment with regard to Tasker's premises-liability theory and what Tasker styles as a distinct ordinary negligence claim: **IT IS THEREFORE** considered, adjudged and ordered that the portion of the district court's summary judgment with regard to Tasker's premises-liability theory and what Tasker styles as a distinct ordinary negligence claim is reversed, and the cause is remanded for further proceedings. However, we affirm the district court's summary judgment as to Tasker's nuisance claim. It is **FURTHER** ordered that the appellees pay all costs relating to this appeal, both in this Court and the court below; and that this decision be certified below for observance.